Patrick PARKER, a/k/a Mustafa
Muhjahid, Plaintiff–
Appellant,

v.

Dr. Peter OBER, Physician; Dr. King,
Physician; Leonard Levin; Michelle
Rossman, MD, Defendants–Appellees.

No. 15–7509.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2016.

Decided: May 17, 2016.

Patrick Parker, Appellant Pro Se. Jeff
W. Rosen, Pender & Coward, PC, Virginia
Beach, Virginia; Elizabeth Martin Mul-
downey, Rawls, McNelis & Mitchell, PC,
Richmond, Virginia; John E. Peterson, Jr.,
Hancock Daniel Johnson & Nagle, PC,
Glen Allen, Virginia, for Appellees.

Before SHEDD, KEENAN, and
HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Parker ·appeals the district court's order granting Defendants' motions for summary judgment or to dismiss for failure to state a claim Parker's 42 U.S.C. § 1983 (2012) action alleging deliberate indifference to his medical needs. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm substantially for the reasons stated by the district court. *Parker v. Ober*, No. 2:13–cv–00490–MSD–DEM (E.D.Va. filed Aug. 25, 2015 & entered Aug. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*